Case: _____ - Document #: _____  Date Filed: _____  Page 1 of 11

**RAFAEL MEJIA BOP # 23280016**
Name and Prisoner /Booking Number

**LIMESTONE COUNTY DETENTION CENTER**
Place of Confinement

**910 N TYUS RD.**
Mailing Address

**GROESBECK, TX 76642**
City, State, Zip Code

Copies to: Judge
AUSA – Special Proceedings
Dft.

LEAVE TO FILE GRANTED
_/s/ illegible_, U.S.D.J.
10/2/12

**FILED**
OCT - 4 2012
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **United States of America** | ) | No. CR 99-389- 01-RWR |
| | ) | (Enter your criminal case number) |
| Plaintiff, | ) | No. CV _____ |
| | ) | (To be supplied by the Clerk) |
| v. | ) | **MOTION UNDER 28 U.S.C. § 2255** |
| **RAFAEL MEJIA** | ) | **TO VACATE, SET ASIDE OR** |
| (Full name of movant. Include the name under | ) | **CORRECT SENTENCE BY A** |
| Which you were convicted.) | ) | **PERSON IN FEDERAL CUSTODY** |
| | ) | |

1. (a) Name an location of court that entered the judgment of conviction you are challenging: ____
   **United States District Court for District of Columbia**

   (b) Criminal docket or case number: **CR 99-389**

2. Date of judgment of conviction: **07-10-2002**

3. In this case, were you convicted on more than one count crime?   Yes ☐   No ■

4. Identify all counts and crimes for which you were convicted and sentenced in this case:

**21:963,959(A)&960(A)(3)960(B)(1)(II); Conspiracy to distribute for the purpose fo unlawful importation of five kilograms or more cocaine**

**RECEIVED**
OCT - 4 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia


RECEIVED
Mail Room
JUL 2 3 2012
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Case:         - Document #:        Date Filed:                    Page   2 of 11

5. Length of sentence for each count or crime for which you were convicted in this case:_____
   _____400 months_____
   _____
   _____

6. (a) What was your plea?
   Not guilty                        ☐
   Guilty                            ☐
   Nolo contendere (no contest)      ☐

   (b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details:_____
   _____
   _____
   _____
   _____
   _____

   (c) If you went to trial, what kind of trial did of trial did you have? (Check one)   Jury ■   Judge only ☐

7. Did you appeal from the judgment of conviction?       Yes ■    No ☐
   If yes, answer the following:
   (a) Date you filed:_____**September 05, 2005**_____
   (b) Docket or case number: **02-3067 (Consolidated with 03-3004)**_____
   (c) Result:_____**Sentence was Vacate**_____
   (d) Date of result:_____**June 02, 2006**_____
   (e) Grounds raise:_____**I attached Copy of the decision by the Court (Attached NO.1)**_____
   _____
   _____
   _____
   _____

   (Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

8. Did you file a petition for certiorari in the United States Supreme Court?   Yes ■     No ☐
   If yes, answer the following:

Case:        - Document #:         Date Filed:                        Page   3of 11

(a) Date your file:_____

(b) Docket or case number: **549 US  , 127 S Ct 989, 166 L Ed 2d 747, 2007 US LEXIS 407.**

(c) Result: **Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.**

(d) Date of result: **January 8, 2007.**

(e) Grounds raised: _____

_____

_____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

9. Other than the direct appeals listed above, have you filed any other petitions, applications or motions Concerning this judgment of conviction any court?   Yes ☐   No ■

If yes, answer the following:

a) First petition, application or motion:_____

   (1) Docket or case number: _____

   (2) Name of court: _____

   (3) Nature of proceeding: _____

   (4) Docket or case number: _____

   (5) Result:_____

   (6) Date of result: _____

   (7) Grounds raised: _____

_____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

(b) Second petition, application or motion.

   (1) Date you filed: _____

Case:          - Document #:          Date Filed:                    Page   4of 11

(2) Name of court:_____

(3) Nature of proceeding: _____

(4) Docket or case number: _____

(5) Result:_____

(6) Date of result: _____

(7) Grounds raised: _____

_____

_____

_____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

(c) Did you appeal the action taken on your petition, application or motion?

    (1) First petition:     Yes ☐     No ☐

    (2) Second petition    Yes ☐     No ☐

(d) If you did appeal from the action your petition, application or motion, explain why you did not:

_____

_____

_____

_____

_____

_____

_____

12. For this motion, beginning on the next page, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

    **CAUTION:** <u>If you fail to set forth all the grounds in this motion, you may be barred from presenting</u> Additional grounds at a later date.

Case:        - Document #:         Date Filed:                          Page  5 of 11

**GROUND ONE:**     <u>**Ineffective Assistance of Counsel   (CRONIC)**</u>

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

Under the Sixth Amendment right to the effective assistance of counsel had been violated.

   **(1) The experience of counsel** was the first international case of defendant's counsel, and for her was impossible respond wit opportunity to the different options of each stage of process.

   2) **The gravity of the charge**, (the sentence might be life) required that the defendant's counsel brought to the process several materials and advisers from others countries, with the specifications and requirements proper of the internationals legal procedures.

   (3) **The complexity of possible defenses,** as analyzes of voice techniques, criminal legal international experts, handle of international probes, and

   (4) **The accessibility of witnesses to counsel**, was definitively impossible brought to Court, somebody that might testify to favor to the defendant, because was not legal means for brought them before at the Judge. (i.e. The Colombian Judge (Rionegro, Antioquia, Colombia)

(b) Did you present the issue raised in Ground One to the court of appeals?        Yes ☐    No ■

(c) If you did not raise this issue in a direct appeal, explain why: _____

 <u>Because the **Appeal was conducted by the Defendant's Counsel and was the same of the trial.**</u>

Case: _____ - Document #: _____   Date Filed: _____          Page 6 of 11

**GROUND TWO:     Ineffective Assistance of Counsel  (CRONIC)**

_____
_____
_____
_____
_____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

The adversarial process protected by the Sixth Amendment requires that the accused have counsel acting in the role of an advocate, and the right to the effective assistance of counsel is thus the right of the accused to require the prosecution's case to survive the crucible of meaningful adversarial testing

    The defendant counsel not found legal means by attend the legal requirements and fill on the procedures proper to the Court, and as consequence the legal adviser was deficient, improper and caused harmful to the defendant cause.
    The government had the opportunity of brought to the Court witness from several countries, (Costa Rica, Panama. Nicaragua y Guatemala) but for the defendant was impossible to bring to the Court his proper witness from Panama and Colombia, but the more important the principals investigators Pat Fisher Customer and Immigration Office, and Shad Berard Agent Special (DEA), and Dan Mahoney and Matt Carbone, both special agents of DEA. Which were the interrogators of FUNES and JOSE SANCHEZ (principals government witness against defendant.).
Juan Delgado was in first time a defendant's witness, but the Ms. Shaner ( defendant 's Mejia) did not sent the communication to him and the government made the decision of took as government witness.
On the other hand, as alternative to disqualified that testimony were necessary brought to the Court the Delgado's best friend ( Charles Harrison, alias Boomy) which offered testify against that probe, but the Counsel she has not estimated the decision, and in consequence the harmful was assumed by the defendant.

_____
_____

(b) Did you present the issue raised in Ground One to the court of appeals?     Yes ☐    No ■
(c) If you did not raise this issue in a direct appeal, explain why: _____

_____
_____

Case: - Document #: Date Filed: Page 7 of 11

**GROUND THREE: Ineffective Assistance of Counsel (CRONIC)**

_____
_____
_____
_____
_____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

**Conflicting defenses and strategies**
The defendant counsel had several mechanics for attacking the cause, by failed on their application, she had:
a) The use of experts for identifies the person or let clear to the Jury the reasonable doubt,
b) The government put to disposition to the defendant's counsel 130 tapes, but she did not take the precaution to the review the totality of information content on them, that show to the Jury the inconsistence of the witness. (It was more important into the juice the hearsay testimony that the technique probe). This probe may put down the affirmation to the testimony.
c) The tapes (audio) never were present to the jury, <u>with contradiction,</u> they were playing, but the Jury did not hear my voice, which did not let them the confrontation of the defense.
d) The totality of the tapes put to the disposition of the jury were 28, but of them only the numbers 9, 10, 12 were testifies for the agent Evans as the defendant's voice, (it is important noted that the tapes were at Spanish idiom).
**SUMMARY:**
The defendant's counsel had three ways for show to the jury the veracity of defendant's voice. Like that:
1- The first and principally important it is the pronouncement of the expert, and for any motives, that not happened.(**today, the advance to the science give us around the 100% of the certain**)
2- The second, into the others tapes (they never were presented to the jury nor examined by the defendant's lawyer before to the trial) **they content the real identification of the property of the voice.**
3- The last alternative were that the defendant were put to the stand and before to the jury, let them could identify or confront the two voices..
**That did not happen**

(b) Did you present the issue raised in Ground One to the court of appeals?  Yes ☐  No ■

(c) If you did not raise this issue in a direct appeal, explain why: _____

**Because the Appeal was conducted by the Defendant's Counsel and was the same of the trial.**

**GROUND FOUR:**     **Ineffective Assistance of Counsel   (CRONIC)**

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

    It is ineffective assistance of counsel by failure of attorney to inform defendant of plea offer in manner which makes it clear that defendant, and not attorney, has right to accept or reject offer.
The defendant's attorney told to the defendant that she there was received from the U.S. Prosecutor (Mr. Feitel) prior to the trail un offer between 90 and 120 months, and her appreciation was that could be eight and half years.
That information was collecting from my counsel until 2011, prior at that time she never insinuate to me that possibility.
His counsel was ineffective for not informing him of details of plea bargain and not advising him whether to accept it,
"The Obama Administration had supported the argument by prosecutors in two cases that the Constitutional right to counsel only ensured a fair trial, and the defendants do not have a right to plea bargain, including one that results in a lighter sentence."
On March 2012 the U.S. Supreme Court had extended the constitutional right to effective legal assistance in case of plea bargain due to bad lawyer advice.

(b) Did you present the issue raised in Ground One to the court of appeals?     Yes ☐    No ■

(c) If you did not raise this issue in a direct appeal, explain why: _____

**Because the Appeal was conducted by the Defendant's Counsel and was the same of the trial.**

Case:           - Document #:         Date Filed:                    Page  9of 11

**GROUND FIVE:**          **Ineffective Assistance of Counsel  (CRONIC)**

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

The defendant's consul shows while the process confusion and disorientation about the procedures and knowledge of the different documents and supports into of the cause.
The same Court of Appeals affirmed on its statement
1-"This **court** has examined those statements in detail. We can only conclude that if the **defendants felt ambushed,** it was not because the government was lying in wait. but **because the defendants were not looking**"(Page 7 Opinion Judge Garland )
2-" {448 F.3d 449} Second, the defendants complain that the district court abused its discretion in permitting Inspector Sanchez to testify "far beyond his purported expertise " Appellants' Br 75 But while our review of the inspector's testimony discloses that on occasion he did stray beyond the interpretation of coded phrases, **it also reveals that defense counsel rarely made contemporaneous objections**" "(Page 9 Opinion Judge Garland )
3-"[W]hen I first asked [Rios] if he knew [Mejia], he looked to me and then he looked down, and then he specifically said, "What can you guarantee in terms of my family's safety in Colombia?" And, of course, I told him we couldn't guarantee him anything And then he immediately responded that he didn't know [Mejia] Trial Tr , vol X-B at 20 (Oct. 29, 2001) Mejia contends that the recitation of this statement by Rios was barred by *Bruton v. United States*, which held that the admission of a non-testifying co-defendant's statement, expressly implicating a defendant, violated the latter's rights under the Confrontation Clause of the Sixth Amendment *Bruton*, 391 U S. at 137 **Mejia did not object to the admission of Rios' statement in the district court, and our review is therefore limited to plain error** See *United States v. Olano*, 507 U S 725, 732, 113 S Ct. 1770, 123 L Ed 2d 508 (1993) (holding that an appellate court may not reverse on the basis of an unobjected-to error unless it is "plain," "affect[s] substantial rights," and "seriously affect[s] the fairness, integrity, or public reputation of judicial proceedings" (internal quotation marks and citation omitted)) "**(Page 10 Opinion Judge Garland ).**
It is transcendent by the cause: try to collation the statement the defendant's counsel before at the Court on May 04, 2011, which stated:
"MS. SHANER: Your Honor, **this is a difficult case for me because I've lived with it so long.** In the year 2000 when my client Jose Guillermo Gomez was a young man and was brought to the United States, no one in the Federal Defender's Office and no Attorney in Washington, D.C. had handled a case involving this kind of rendition, **and very few people anywhere in the United States had dealt with international prosecutions**. I did speak to an **Attorney** out in California who as at the **University of Berkley California**, and she had some experience with it, **but it was new for everyone and it was new for the Department of Justice.**
    At he time Memo was brought here, his only ability was either to confront the charges at trial or to plead guilty to everything, including the 355 kilos, and cooperate with the government."
Therefore, it is clear that the defendant did not have a solid line of defense and the good voluntary of the Counsel did not be sufficient to support the cause.

(b) Did you present the issue raised in Ground One to the court of appeals?         Yes ☐    No ■

(c) If you did not raise this issue in a direct appeal, explain why: _____

**Because the Appeal was conducted by the Defendant's Counsel and was the same of the trial.**

Case:         - Document #:         Date Filed:                              Page   10 of 11

**Please answer these additional questions about this motion:**

13: Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the Judgment you are challenging?        Yes ☐      No ■

If yes, give the date of fling, the name and location of the court, the docket or case number, the type of Proceeding, and the issues raised:_____

_____

_____

_____

_____

14. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you Are challenge?        Yes ☐      No ■

If yes, answer the following:

(a) Name and location of the court that imposed the sentenced to be served in the future:_____

_____

(b) Date the sentence was imposed: _____

(c) Length of the sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition or application that challenges the judgment Or sentence to be served in the future?      Yes ☐      No ☐

15. **TIMELINESS OF MOTION:** If your judgment of conviction challenged in this motion became final More than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2255 does not bar your motion.*_____

<u>**I was used by the defense of Christian Borda as witness in the District Court Of Columbia between November 2011 and March 2012, rather I was moved to the Limestone (Texas) on April and I was placed to the SHUT for six weeks, and I had to wait until June by my propriety (legal Papers) I have sent motions to the Court giving that information.**</u>

_____

_____

*Section 2255 provides in part that:

A 1-year of limitation shall apply to a motion under this section. The limitation period shall run

From the latest of –

    (1) the date on which the judgment of conviction becomes final;

    (2) the date on which the impediment to making a motion created by governmental action in Violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such action;

    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court, and made retroactively applicable to cases on collateral review; or

    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

16. Movant asks that the Court grant the following relief:_____
**In sum very respectfully moves this Honorable Court vacate and reverse the sentence herein imposed**

Or any other relief to which Movant may be entitled. (Money damages are not available in § 2255 cases.)

    I declare under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. 2255 was placed in the prison mailing system on __**July 19, 2012**__ (month,day,year).

_____
**Signature of Movant**

_____                        **July 19, 2012**
**Signature of attorney, if any**                  **Date**

**RAFAEL MEJIA**
BOP #: **23280-016**
Limestone Detention Center
910 N. Tyus Rd.
Groesbeck, Texas 76642

**Legal Mail**