# Attachment A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. :

: Cr. No. 99-0389-01 (RWR)

RAFAEL MEJIA, :

    Defendant. :

## AFFIDAVIT

I, Heather Shaner state the following:

1. I am a resident of the District of Columbia.

2. In 1978 I received a JD from Antioch School Of Law. I was admitted to the D.C. Bar on October 23, 1979.

3. Since 1979 I have been a solo practitioner. My office is located at 1702 S St. N.W. Washington, D.C. I began to represent indigent defendants in U.S. District Court for the District of Columbia in 1983 when I was invited to join the panel. In my 34 years of practice I have represented hundreds of defendants.

4. At the time of the trial in this case in 2001 I had represented many defendants and had been lead counsel in multiple trials before the United States District Court.

5. In October 2000, I was appointed by the Court to replace FPD Tony Miles to represent Rafael Mejia in U.S. v. Jhonny Morales 99-cr-379 before Judge Robert W. Roberts.

6. In the spring of 2001 my husband had a medical crisis and I requested the Court appoint second counsel. Josph Virgillio was appointed to assist in my representation of Mr. Mejia.

7. Both Mr. Virgilio and I are fluent in the Spanish language.

8. Given the complexity of an international prosecution I reviewed law review articles. I also  sought advice from Law Prof. Wilson at A.U. and Law Prof. David Cole at Georgetown University who each specialize in International Law.

9. I received several banker boxes of documents in Spanish as well as draft transcripts of thousands of calls in Spanish and several tape recordings of the recorded calls which I reviewed and provided to Mr. Mejia.

10. At some point early in the representation I met with Carl Eurenius at the DoJ to discuss the case. I have no present recollection but believe a plea in the ballpark of 8 years was discussed.

11. I have no present recollection of any specific discussion but I believe I discussed the plea with the defendant at the D.C. Jail.

12. A month before trial a written plea was tendered by the government for a pre-Booker plea of 262-327 months. The plea was rejected.

H.Heather Shaner, Esq.