# Attachment B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 99-389 |
| VS. | ) | |
| RAFAEL MEJIA, (A/K/A MEMO) | ) | WASHINGTON, D.C. |
| | ) | **FILED** JAN 3 2002 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| HOMES VALENCIA-RIOS, (A/K/A RAMIRO) | ) | |
| DEFENDANTS. | ) | THURSDAY, NOVEMBER 8, 2001 |

9:40 A.M. - VOLUME XVIII-A

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT COURT JUDGE,
AND A JURY

APPEARANCES:

ON BEHALF OF THE GOVERNMENT:    ROBERT FEITEL, ESQ.
                                JAMES M. BYRNE, ESQ.
                                AND ANDREW MCKENNA, ESQ.
                                U.S. DEPARTMENT OF JUSTICE
                                CRIMINAL DIVISION - SUITE 1100
                                1400 NEW YORK AVENUE, N.W.
                                WASHINGTON, D.C. 20005

ON BEHALF OF THE DEFENDANTS:

  [DEFENDANT MEJIA]             H. HEATHER SHANER, ESQ.
                                JOSEPH VIRGILIO, ESQ.
                                1702 S STREET, N.W.
                                WASHINGTON, D.C. 20009

  [DEFENDANT VALENCIA-RIOS]     ELITA C. AMATO, ESQ.
                                1790 LANIER PLACE, N.W.
                                WASHINGTON, D.C. 20009

COURT-CERTIFIED INTERPRETERS:   PATRICIA TRIANA
                                SHELLEY BLUMBERG-LORENZANIA
                                CARMEN J. NICHOLSON

OFFICIAL COURT REPORTER:        VERNELL A. MARSHALL
                                ROOM 6820 U.S. COURTHOUSE
                                WASHINGTON, D.C. 20001

                  *     *     *     *     *

     [COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES.]

[12:30 P.M.]

THE COURT: I WILL NEED TO VOIR DIRE THE DEFENSE. SHALL WE DO THIS FROM THE PODIUM SO WE HAVE THE DEFENDANTS COME UP.

ACTUALLY I WANTED TO DO BOTH OF THEM AT THE SAME TIME. IS THAT OKAY WITH THE MARSHALS?

YOU'RE NOT GOING TO USE HEAD SETS?

MR. MEJIA, MR. GOMEZ, MR. VALENCIA-RIOS, I UNDERSTAND FROM YOUR LAWYERS THAT YOU HAVE DECIDED NOT TO TESTIFY IN THIS TRIAL. I WANT TO MAKE SURE YOU UNDERSTAND WHAT YOUR RIGHTS ARE DURING THIS CASE.

YOU HAVE AN ABSOLUTE RIGHT, EACH OF YOU, TO TESTIFY IN THIS CASE. YOU HAVE AN ABSOLUTE RIGHT TO GET ON THE WITNESS STAND AND TO TELL YOUR VERSION OF THE FACTS IN THIS CASE TO THE JURY. DECISION ABOUT WHETHER TO TESTIFY IS A VERY IMPORTANT ONE. IT'S A DECISION THAT YOU SHOULD MAKE ONLY AFTER GETTING ADVICE FROM YOUR LAWYERS AND TALKING WITH YOUR LAWYERS CAREFULLY ABOUT WHETHER YOU SHOULD TESTIFY.

THE DECISION IS YOURS. THE DECISION DOES NOT BELONG TO YOUR LAWYERS. IF YOU WANT TO TESTIFY BUT YOUR LAWYERS ADVISE YOU NOT TO TESTIFY, IT IS YOU WHO MAKES THE DECISION, NOT THE LAWYER.

I UNDERSTAND, MR. GOMEZ, FROM YOUR LAWYER YOU HAVE DECIDED NOT TO TESTIFY. IS THAT CORRECT?

DEFENDANT GOMEZ: THAT'S CORRECT.

1        THE COURT:  DO YOU UNDERSTAND YOU DO HAVE A RIGHT
2   TO TESTIFY?
3        DEFENDANT GOMEZ:  I UNDERSTAND.
4        THE COURT:  HAVE YOU TALKED WITH YOUR LAWYER ABOUT
5   DECIDING NOT TO TESTIFY?
6        DEFENDANT GOMEZ:  YES.
7        THE COURT:  DID YOU GET ADVICE FROM YOUR LAWYER
8   ABOUT THE DECISION NOT TO TESTIFY?
9        DEFENDANT GOMEZ:
10       THE COURT:  AND UNDERSTAND THAT NO MATTER WHAT
11  YOUR LAWYER SAYS THE CHOICE ABOUT TESTIFYING IS YOURS AND
12  YOURS ALONE?
13       DEFENDANT GOMEZ:  YES.
14       THE COURT:  AND IS IT YOUR CHOICE NOT TO TESTIFY
15  OR NOT TO TESTIFY?
16       DEFENDANT GOMEZ:  NO, NOT TO TESTIFY.
17       THE COURT:  MR. VALENCIA-RIOS, I UNDERSTAND FROM
18  YOUR LAWYER THAT YOU HAVE CHOSEN NOT TO TESTIFY; IS THAT
19  CORRECT?
20       DEFENDANT VALENCIA-RIOS:  THAT'S CORRECT.
21       THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THE
22  RIGHT TO TESTIFY.
23       THE DEFENDANT VALENCIA-RIOS:  YES.
24       THE COURT:  HAVE YOU SPOKEN WITH YOUR LAWYER ABOUT
25  YOUR CHOICE ABOUT TESTIFYING?

1          THE DEFENDANT VALENCIA-RIOS:  YES.

2          THE COURT:  HAVE YOU GOTTEN ADVICE FROM YOUR
3   LAWYER?

4          THE DEFENDANT VALENCIA-RIOS:  YES.

5          THE COURT:  DO YOU UNDERSTAND THAT THE DECISION
6   ABOUT TESTIFYING BELONGS TO YOU ONLY?

7          THE DEFENDANT VALENCIA-RIOS:  YES.

8          THE COURT:  AND HAVE YOU GOTTEN ADVICE FROM YOUR
9   LAWYER ABOUT IT?

10         THE DEFENDANT VALENCIA-RIOS:  YES.

11         THE COURT:  AND HAVE YOU MADE A DECISION YOURSELF
12  ABOUT WHETHER TO TESTIFY OR NOT?

13         THE DEFENDANT VALENCIA-RIOS:  YES, YOUR HONOR.

14         THE COURT:  WHAT IS YOUR DECISION?

15         THE DEFENDANT VALENCIA-RIOS:  NOT TO TESTIFY.

16         THE COURT:  ALL RIGHT.

17         DO COUNSEL BELIEVE I NEED TO MAKE ANY FURTHER
18  INQUIRIES OR ENHANCE THE FACTUAL RECORD BEFORE ACCEPTING
19  THEIR DECISIONS?

20         MS. SHANER:  NO, YOUR HONOR, THAT WAS SUFFICIENT.

21         THE COURT:  MS. AMATO?

22         MR. MATTHEWS:  NO, YOUR HONOR, THAT'S FINE.

23         THE COURT:  THANK YOU, GENTLEMEN, YOU MAY TAKE
24  YOUR SEATS AGAIN.

25         MS. SHANER, BEFORE YOU SIT, I UNDERSTAND YOU ARE