*Let this be filed as motion for extension of time to file reply and for appointment of counsel.*

*[signed] RWRoberts*
*U.S.D.J.*
*7/18/13*

Copies to: Judge
AUSA – Special Proceedings
Dft.

United States District Court.
For the District of Columbia.

United States of America

Vs.                                          Crim Case No 99-389-01-RWR

Rafael Mejia, Pro SE                         Motion 2255

**FILED**
**JUL 22 2013**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Honorable Judge Richard Roberts.

Dear Judge.

May I requested for extension of the time to reply to the Government Opposition to petitioner's Motion for Relief pursuant to 28.U.S.C § 2255 (Doc 448).

I recived copy of the document named above (448) on June 18 2013. and however I have not received oficially any order or indication to response to Government opposition from you.

I respectfully requested any order or indication to my next step and if is posible to apoint me a lawyer

Thanks a lot

Rafael Mejia   Fed# 23280-016

RECEIVED
JUL 22 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
Mail Room
JUL 11 2013
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

xel Mejia #23280-016
Rivers Correctional Institution
Po Box 630
Winton, NC, 27986



RALEIGH NC 275
Research Triangle Region

US District Court for District of C
Clerks Office
333 Constitution Av NW
Room 1225
Washington, DC, 20001

20001289999